UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Civil Action No. 19-395-HRW-EBA

**JOSHUA C. JOHNSON,**                                                        **PETITIONER,**

**v.**                                                <u>**ORDER**</u>

**DAVID GREEN,** *Warden,*                                       **RESPONDENT.**

This is matter is before the Court upon Joshua C. Johnson's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [Docket No. 1] and David Green's Motion to Dismiss [Docket No. 12]. The matter was referred to Magistrate Judge Edward B. Atkins.

Magistrate Judge Atkins recommends that this Court sustain the motion to dismiss and dismiss this civil action with prejudice [Docket No. 21].

Petitioner has not filed objections to the Report and Recommendation, and the time for doing so has passed.

After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion. Accordingly, **IT IS HEREBY ORDERED:**

    (1)    the Magistrate Judge's Report and Recommendation [Docket No. 21] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion;
    (2)    David Green's Motion to Dismiss [Docket No. 12] be **SUSTAINED**;
    (3)    that this matter be **DISMISSED WITH PREJUDICE**; and
    (4)    no Certificate of Appealability will be granted.

This 3rd day of August 2020.



Signed By:
<u>Henry R Wilhoit Jr.</u>
United States District Judge